August 31, 2007

Mr. Don McCaffety
P.O. Box 11181
Houston, TX 77293-1181
Mr. Renato Santos Jr.
Attorney and Counselor at Law
3605 Katy Freeway, Suite 101
Houston, TX 77007

RE: Case Number: 00-0568
 Court of Appeals Number: 14-98-00509-CV
 Trial Court Number: 94-21797

Style: DON MCCAFFETY
 v.
 ROBERTO ALMAGUER and LUCY ALMAGUER

Dear Counsel:

 Today the Supreme Court of Texas lifted the abatement order issued on
September 21, 2000 and reinstated the case in the above-referenced case.
The motion for rehearing, if you choose to file one, is due September 17,
2007.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |